|  |  |  |
|---|---|---|
| CONSTANCE HENRY, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SMAO, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court<br>Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-94<br><br><br>**NOTICE OF SETTLEMENT** |

 **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: March 7, 2025

                 EQUAL ACCESS LAW GROUP, PLLC
                 *Attorneys for Plaintiff*

                 **/s/ David B. Reyes**
                 By: Davis B. Reyes, Esq.
                 68-29 Main Street,
                 Flushing, NY 11367
                 Tel: (630)-478-0856
                 Email: Dreyes@ealg.law